DAVID E. ADKINS, ESQ.
Nevada Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 636-6222
david@algnv.com

*Attorney for Ruby Red Investments, LLC, Series K
and High Sierra Ranch Homes Owners' Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1, MORTGAGE BACKED NOTES AND GRANTOR TRUST CERTIFICATES, SERIES 2007-1,<br><br>    Plaintiffs.<br> vs.<br><br>RUBY RED INVESTMENTS, LLC, SERIES K, a Nevada Limited Liability Corporation; HIGH SIERRA RANCH HOMES OWNERS' ASSOCIATION, a Nevada nonprofit corporation.<br><br>    Defendants. | CASE NO.: 3:16-cv-00704-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** |
| RUBY RED INVESTMENTS, LLC, SERIES K, a Nevada Limited Liability Corporation,<br><br>    Counterclaimant,<br> vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1, MORTGAGE BACKED NOTES AND GRANTOR TRUST CERTIFICATES, SERIES 2007-1,<br><br>    Counterdefendants. | |

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1, Mortgage-Backed Notes and Grantor Trust Certificates, Series 2007-1 (hereinafter "Deutsche Bank"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP, Defendant/Counterclaimant, Ruby Red Investments, LLC, Series K (hereinafter "Ruby Red"), by and through its attorneys of record, the Law Office of David E. Adkins, and Defendant, High Sierra Ranch Home Owners' Association (hereinafter "HOA"), by and through its attorneys of record, the Law Office of David E. Adkins, hereby stipulate to an extension of time in which Ruby Red and HOA have to respond to Deutsche Bank's Motion for Summary Judgment (ECF Dckt. No. 31) to **February 1, 2018**.

Defendants' opposition to Plaintiff's Motion were initially due on December 28, 2017, and were extended to January 11, 2018, the current due date, by way of stipulation and Order. Good cause exists to further extend the deadline, as the extension will allow the Defendants' counsel an opportunity to review more fully the points and authorities raised in Plaintiffs' Motion and to respond thereto. In addition, the parties have discussed settling their dispute and require additional time to negotiate a settlement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

This is the parties' second request for an extension to respond to Plaintiff's Motion, and is not intended to cause any delay or prejudice to any party.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF DAVID E. ADKINS |
|---|---|
| */s/Krista J. Nielson, Esq.* <br> Dana Jonathon Nitz, Esq. <br> Nevada Bar No. 0050 <br> Krista J. Nielson, Esq. <br> Nevada Bar No. 10698 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> dnitz@wrightlegal.net <br> cconnolly@wrightlegal.net <br> knielson@wrightlegal.net <br> *Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank* | */s/David E. Adkins, Esq.* <br> David E. Adkins, Esq. <br> Nevada Bar No. 4503 <br> 611 Sierra Rose Drive, Suite B <br> Reno, Nevada 89511 <br> (775) 636-6222 <br> david@algnv.com <br> *Attorney for Defendants, Ruby Red Investments, LLC, Series K and High Sierra Ranch Home Owners' Association* |

**IT IS SO ORDERED.**

DATED  january 11, 2018

_____

UNITED STATES  District  JUDGE