WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counterdefendant, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1, Mortgage-Backed Notes and Grantor Trust Certificates, Series 2007-1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1, MORTGAGE-BACKED NOTES AND GRANTOR TRUST CERTIFICATES, SERIES 2007-1,<br><br>Plaintiff,<br><br>v.<br><br>RUBY RED INVESTMENTS, LLC, SERIES K, a Nevada Limited Liability Corporation; HIGH SIERRA RANCH HOMES OWNERS' ASSOCIATION, a Nevada nonprofit corporation;,<br><br>Defendants.<br>_____<br>RUBY RED INVESTMENTS, LLC, SERIES K, a Nevada Limited Liability Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE | Case No.: 3:16-cv-00704-MMD-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1

| | |
|---|---|
| 1 | INVESTMENT TRUST 2007-1, MORTGAGE-BACKED NOTES AND GRANTOR TRUST CERTIFICATES, SERIES 2007-1, |
| 2 | |
| 3 | Counterdefendant. |

Plaintiff/Counterdefendant, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1, Mortgage-Backed Notes and Grantor Trust Certificates, Series 2007-1 ("Deutsche Bank"), Defendant/Counterclaimant Ruby Red Investments, LLC, Series K ("Ruby Red"), and Defendant, High Sierra Ranch Homes Owners Association (hereinafter "HOA"), by and through their attorneys of record,, by and through their undersigned attorneys hereby stipulate and agree as follows:

WHEREAS:

1. The real property which is the subject of this case is commonly known as 12303 Green Mountain Street, Reno, Nevada 89506, APN No. 086-471-57 ("Property") and is part of the High Sierra Ranch Homes Owners Association ("HOA");

2. Deutsche Bank is the holder of a first Deed of Trust securing a loan in the amount of $181,440.00 made on or about February 2, 2007 ("Note"), by Valerie R. Branca ("Borrower") and recorded on February 7, 2007, in the Official Records of Washoe County, Nevada as Document Number 3495907 ("Deed of Trust");

3. On March 14, 2013, a Notice of Default and Election to Sell was recorded against the Property by Law Office of David E. Adkins ("HOA Trustee"), as agent for HOA;

4. On December 23, 2013, a Notice of Homeowners Association Sale was recorded against the Property by HOA Trustee, as agent for HOA;

5. HOA Trustee sold the Property on behalf of HOA on January 20, 2014 ("HOA Sale") to Ruby Red by Foreclosure Deed Upon Sale recorded as Document Number 4321171 in the official records of the Washoe County Recorder;

6. On December 6, 2016, Deutsche Bank filed a Complaint for Quiet Title against Ruby Red and HOA in Case Number 3:16-cv-00704-MMD-VPC ("Deutsche Bank Action");

7. On January 9, 2017, Ruby Red filed an Answer to Deutsche Bank's Complaint

1    for Quiet Title and a Counterclaim for Quiet Title and Wrongful Foreclosure against Deutsche Bank;

8. The undersigned Parties have now come to a resolution regarding their respective claims and interest in the Property;

9. The undersigned Parties have, or will, execute a settlement agreement, the terms of which are confidential, but under which Deutsche Bank agrees to relinquish its right, title and interest in the Property for agreed-upon consideration;

10. All other claims asserted by or against any of the undersigned Parties hereto shall be dismissed with prejudice;

11. Nothing in this Stipulation should be construed as intended to benefit any other party not identified as the undersigned Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims by Deutsche Bank against the Borrower; and

12. Each Party shall bear its own fees and costs incurred in this litigation and settlement.

**IT IS HEREBY STIPULATED AND AGREED** that claims asserted against Ruby Red and HOA in Deutsche Bank's December 6, 2016 Complaint shall be dismissed **with prejudice**;

**IT IS FURTHER STIPULATED AND AGREED** that claims asserted against Deutsche Bank in Ruby Red's January 9, 2017 Counterclaim shall be dismissed **with prejudice**.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of Deutsche Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower, as defined in the Note, that Deutsche. Bank (or any of its authorized

| | |
|---|---|
| 1 | servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating |
| 2 | to the Note, including the right to sue the Borrower for any deficiency. |
| 3 | **IT IS FURTHER STIPULATED AND AGREED** that the settlement entered into by |
| 4 | and between the undersigned Parties has been entered into in good faith, pursuant to NRS |
| 5 | 17.245 and applicable case law, and any and all claims, counterclaims and third-party claims for |
| 6 | contribution or equitable/implied indemnity of any party, person or entity against Ruby Red |
| 7 | and/or Deutsche Bank, whether compulsory or permissive, whether asserted or not, whether |
| 8 | legal or equitable, related in any way to the claims asserted in the case at bar, shall be forever |
| 9 | discharged and barred, **with prejudice**; and |
| 10 | /././ |
| 11 | /././ |
| 12 | /././ |
| 13 | /././ |
| 14 | /././ |
| 15 | /././ |
| 16 | /././ |
| 17 | /././ |
| 18 | /././ |
| 19 | /././ |
| 20 | /././ |
| 21 | /././ |
| 22 | /././ |
| 23 | /././ |
| 24 | /././ |
| 25 | /././ |
| 26 | /././ |
| 27 | /././ |
| 28 | /././ |

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

**IT IS SO STIPULATED.**

Dated this 17th day of May, 2018.                        Dated this 17th day of May, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Krista J. Nielson                                    /s/ David E. Adkins
Christina V. Miller, Esq.                                David E. Adkins, Esq.
Nevada Bar No. 12448                                     611 Sierra Rose Drive, Suite B
Krista J. Nielson, Esq.                                  Reno, NV 89511
Nevada Bar No. 10698                                     *Attorney for Ruby Red Investments, LLC,*
7785 W. Sahara Ave., Suite 200                           *Series K and High Sierra Ranch Homes*
Las Vegas, Nevada 89117                                  *Owners' Association*
*Attorneys for Plaintiff/Counterdefendant,*
*Deutsche Bank National Trust Company, as*
*Indenture Trustee for American Home*
*Mortgage Investment Trust 2007-1,*
*Mortgage-Backed Notes and Grantor Trust*
*Certificates, Series 2007-1*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2018